```
 1  Robert M. Peterson CA Bar 100084
    Guy D. Calladine CA Bar 99431
 2  CARLSON, CALLADINE & PETERSON LLP
    353 Sacramento Street
 3  San Francisco, California 94111
    Phone: (415) 391-3911
 4  Fax: (415) 391.3898
    E-mail: rpeterson@ccplaw.com
 5          gcalladine@ccplaw.com
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC., <br><br> Defendants. | CASE NO.: C 06 7621 <br><br> STIPULATION FOR EXTENSION OF CHEVRON USA, INC.'S RESPONSE TO PLAINTIFFS' COMPLAINT <br><br> [Civ. L. R. 6-1(a)] |

(Sidebar: CARLSON CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, CA 94111)

---

**STIPULATION FOR EXTENSION OF TIME**

CASE NO.: C 06 7621

Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendant Chevron USA, Inc. stipulate to extend the time within which Defendant is permitted to respond to Plaintiffs' Complaint. The stipulated response date is February 12, 2007. This will not alter any deadlines fixed by the Court.

IT IS SO STIPULATED

Date: January  9 , 2007.

CARLSON, CALLADINE & PETERSON LLP

By: _____
GUY D. CALLADINE
ROBERT M. PETERSON

Attorneys for Plaintiffs

Date: January  9 , 2007.

LITIGTION MANAGEMENT GROUP
CHEVRON PRODUCTS COMPANY

By: _____
JEFFERY L. PODAWILTZ

Attorney for Defendant Chevron USA, INC.

Dated: 1/11/07

IT IS SO ORDERED, and the Court's Order extends to all such stipulations filed on Jan. 9, 2007.

Judge Marilyn H. Patel

STIPULATION FOR EXTENSION OF TIME

CASE NO.: C 06 7621