1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   TERRENCE A. CALLAN  #036305
2  50 Fremont Street
   Post Office Box 7880
3  San Francisco, CA  94120-7880
   Telephone:  (415) 983-1000
4  Facsimile:  (415) 983-1200
   tcallan@pillsburylaw.com
5
   EIMER STAHL KLEVORN & SOLBERG LLP
6  NATHAN P. EIMER
   LISA S. MEYER
7  224 South Michigan Avenue, Suite 1100
   Chicago, IL 60604
8  Telephone:  (312) 660-7600
   Facsimile:  (312) 660-7601
9  neimer@eimerstahl.com
   lmeyer@eimerstahl.com
10
   Attorneys for Defendant
11 CITGO PETROLEUM CORPORATION

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 MARK RUSHING, JOHN TELLES,              )   Case No. C 06-7621 MHP
   KENNETH BECKER, WILLIAM                 )
17 YOUNGER, CHARLES PARRISH,               )   STIPULATION EXTENDING TIME
                                           )   TO RESPOND TO COMPLAINT
18 LESLEY DUKE, ROY EDSON, JOHN            )
   TAYLOR, RICHARD GALAUSKI,               )
19 NATHAN BUTLER, and PAMELA               )
   ALWELL, individually and on behalf of   )
20 others similarly situated,              )
                                           )
21                                         )
                        Plaintiff,         )
22                                         )
         vs.                               )
23                                         )
   ALON USA, INC., AMBEST, INC.,           )
24 CHEVRON USA, INC., CIRCLE K             )
   CORPORATION, CITGO PETROLEUM            )
25 CORPORATION, CONOCOPHILLIPS,            )
   COSTCO WHOLESALE CORPORATION,           )
26 FLYING J, INC., PETRO STOPPING          )
                                           )
27 (Parties continued on next page)        )
                                           )
28

700594922v1                     - 1 -            STIPULATION EXTENDING TIME
                                                 TO RESPOND TO COMPLAINT
                                                 Case No. C 06 7621 MHP

| | |
|---|---|
| 1 | CENTERS, L.P., PILOT TRAVEL CENTERS ) |
| 2 | LLC, INC., 7-ELEVEN, INC., SHELL OIL ) PRODUCTS COMPANY LLC, TESORO ) |
| 3 | REFINING AND MARKETING COMPANY, ) THE KROGER COMPANY, ) |
| 4 | TRAVELCENTERS OF AMERICA, INC., ) VALERO MARKETING AND SUPPLY ) |
| 5 | COMPANY AND WAL-MART STORES, ) INC., ) |
| 6 | Defendants. ) |
| 7 | _____ ) |

8   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as
9 follows:

10   1.   The time of defendant CITGO PETROLEUM CORPORATION ("CITGO")
11 to answer, move against, or otherwise respond to the complaint in this action shall be
12 extended to and including February 10, 2007.

13   2.   This is the first enlargement of time requested by CITGO with respect to
14 these pleadings.

15   The signature of the undersigned counsel for defendant CITGO shall not be deemed
16 an appearance in this action, nor shall it constitute a waiver of any available defense,
17 including, but not limited to, lack of subject matter jurisdiction, insufficiency of service of
18 process or lack of personal jurisdiction.

19   Dated: January 8, 2007.   PILLSBURY WINTHROP SHAW PITTMAN LLP
20                              TERRENCE A. CALLAN
                                50 Fremont Street
21                              Post Office Box 7880
                                San Francisco, CA 94120-7880
22
                                EIMER STAHL KLEVORN & SOLBERG LLP
23                              NATHAN P. EIMER
                                LISA S. MEYER
24                              224 South Michigan Avenue, Suite 1100
                                Chicago, IL 60604
25
26   By _____
                                Terrence A. Callan
27
                                Attorneys for Defendant CITGO PETROLEUM
28                              CORPORATION

Dated: January __, 2007.  GEORGE A. ZELCS
KOREIN TILLERY LLC
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601

By _____
George A. Zelcs

Attorneys for Plaintiffs MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL

Dated 1/11/07

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA