Robert M. Peterson CA Bar 100084
Guy D. Calladine CA Bar 99431
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax: (415) 391-3898
E-mail:  rpeterson@ccplaw.com
            gcalladine@ccplaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC TESORO REFINING AND MARKETING, COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC.<br><br>Defendants. | CASE NO.:  C 06 7621<br><br><br>STIPULATION FOR EXTENSION OF WAL-MART STORES, INC.'S RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>[Civ. L. R. 6-1(a)] |

CARLSON CALLADINE & PETERSON LLP
353 Sacramento Street
16th Floor
San Francisco, CA 94111

**STIPULATION FOR EXTENSION OF TIME**

CASE NO.: C 06 7621

Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendant Wal-Mart Stores, Inc. stipulate to extend the time within which Defendant is permitted to answer, move or otherwise respond to Plaintiffs' Complaint. The stipulated response date is February 12, 2007. This will not alter any deadlines fixed by the Court.

**IT IS SO STIPULATED**

Date: January /2 , 2007          CARLSON, CALLADINE & PETERSON LLP

By: _____
   GUY D. CALLADINE
   ROBERT M. PETERSON

Attorneys for Plaintiffs

Date: January 9th , 2007          GREENBERG TRAURIG LLP

By: _____
   MICHAEL DRURY CA Bar 177993

Attorneys for Defendant Wal-Mart Stores, Inc.

Dated: 1/11/07

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA

CARLSON CALLADINE & PETERSON LLP
353 Sacramento Street
16th Floor
San Francisco, CA 94111

2

**STIPULATION FOR EXTENSION OF TIME**

**CASE NO.: C 06 7621**