1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   REGINALD D. STEER (SBN 056324) - rsteer@akingump.com
2  CHAD A. STEGEMAN (SBN 225745) - cstegeman@akingump.com
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone: 415-765-9500
4  Facsimile: 415-765-9501

5  Attorneys for Defendant
   VALERO MARKETING AND SUPPLY COMPANY

FILED
JAN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY and WAL-MART STORES, INC.,<br><br>Defendants. | CASE NO. CV-06-07621 (MHP)<br><br>Assigned to the Honorable Marilyn Hall Patel<br><br>(~~Proposed~~)<br>**ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF DONALD B. CRAVEN** |

6018668                                    1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DONALD B. CRAVEN
*PRO HAC VICE*
CASE NO. CV-06-07621 (MHP)

1    Donald B. Craven, an active member in good standing of bars of Virginia, North Carolina and
2 the District of Columbia whose business address and telephone number is 1333 New Hampshire
3 Avenue, N.W., Washington, DC 20036, (202) 887-4000 having applied in the above-entitled action for
4 admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5 Defendant Valero Marketing and Supply Company.
6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8 Service of papers upon and communication with co-counsel designated in the application will
9 constitute notice to the party. All future filings in this action are subject to the requirements contained
10 in General Order No. 45, *Electronic Case Filing*.

12 Dated: Jan 10, 2007

Marilyn Hall Patel
United States District Court Judge

6018668                                          2
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DONALD B. CRAVEN
*PRO HAC VICE*
CASE NO. CV-06-07621 (MHP)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK RUSHING et al,

        Plaintiff,

v.

ALON USA INC. et al,

        Defendant.

Case Number: CV06-07621 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald B. Craven
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Dated: January 12, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk