Robert M. Peterson CA Bar 100084
Guy D. Calladine  CA Bar 99431
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax: (415) 391.3898
E-mail: rpeterson@ccplaw.com
         gcalladine@ccplaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC.,<br><br>                Defendants. | CASE NO.: C 06 7621<br><br>STIPULATION FOR EXTENSION OF CIRCLE K CORPORATION'S RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>[Civ. L. R. 6-1(a)] |

**STIPULATION FOR EXTENSION OF TIME**

CASE NO.: C 06 7621

Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendant Circle K Corporation stipulate to extend the time within which Defendant is permitted to respond to Plaintiffs' Complaint. The stipulated response date is January 25, 2007. This will not alter any deadlines fixed by the Court.

IT IS SO STIPULATED

Date: January 10, 2007.

CARLSON, CALLADINE & PETERSON LLP

By: /s/
GUY D. CALLADINE
ROBERT M. PETERSON

Attorneys for Plaintiffs

Date: January 10, 2007.

SPECTER & WILLOUGHBY LLP

By: /s/
MICHAEL H. ARTINIAN

Attorney for Defendant Circle K Corporation
proper name Circle K Stores Inc.

Dated 1/16/07

IT IS SO ORDERED
Judge Marilyn H. Patel

2

**STIPULATION FOR EXTENSION OF TIME**

CASE NO.: C 06 7621