Robert M. Peterson CA Bar 100084
Guy D. Calladine CA Bar 99431
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax: (415) 391.3898
E-mail: rpeterson@ccplaw.com
gcalladine@ccplaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC., <br><br> Defendants. | CASE NO.: C 06 7621 <br><br> STIPULATION FOR EXTENSION OF CONOCOPHILLIPS' RESPONSE TO PLAINTIFFS' COMPLAINT <br><br> [Civ. L. R. 6-1(a)] |

STIPULATION FOR EXTENSION OF TIME

CASE NO.: C 06 7621

Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendant ConocoPhillips stipulate to extend the time within which Defendant is permitted to respond to Plaintiffs' Complaint. The stipulated response date is February 12, 2007. This will not alter any deadlines fixed by the Court.

IT IS SO STIPULATED
Date: January 16, 2007.

CARLSON, CALLADINE & PETERSON LLP

By: _____
GUY D. CALLADINE
ROBERT M. PETERSON

Attorneys for Plaintiffs

Date: January 12, 2007.

ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP

By: _____
DANIEL S. MASON

Attorney for Defendant ConocoPhillips

Dated: 1/18/07



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR EXTENSION OF TIME

CASE NO.: C 06 7621