| | |
|---|---|
| 1 | OWENS, CLARY & AIKEN, LLP |
| | ROBERT J. CLARY (*pro hac vice*) |
| 2 | E-mail: RJClary@oca-law.com |
| | 700 North Pearl Street, Suite 1600 |
| 3 | Dallas, TX 95201 |
| | Telephone: (214) 698-2102 |
| 4 | Facsimile: (214) 698-2121 |

MANATT, PHELPS & PHILLIPS, LLP
CRAIG J. DE RECAT (Bar No. CA 105567)
ROBERT R. BEGLAND (Bar No. CA 210930)
E-mail: cderecat@manatt.com; rbegland@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant, ALON USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCT COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC., <br><br> Defendants. | Case No. C 06-7621 MHP <br><br> [~~PROPOSED~~] ORDER REGARDING DEFENDANT ALON USA, INC.'S REQUEST FOR LEAVE TO BE HEARD ON ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION IN ADVANCE OF THE CASE MANAGEMENT CONFERENCE <br><br> Date: February 26, 2007 <br> Time: 2:00 p.m. <br> Courtroom: 15, 18th Floor <br> Judge: Hon. Marilyn Hall Patel |

Having considered the request by Defendant Alon USA, Inc. to have its Motion to Dismiss for lack of personal jurisdiction heard in advance of the Case Management Conference, and finding that there is good cause for hearing that motion apart from those other issues that will be discussed at the Case Management Conference, the request is hereby GRANTED.

Dated: ~~January~~ Feb. 1 ____, 2007

_____

Honorable Marilyn H. Patel
Judge, United States District Court

41081791.1