Robert M. Peterson CA Bar 100084
Guy D. Calladine CA Bar 99431
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax: (415) 391.3898
E-mail: rpeterson@ccplaw.com
        gcalladine@ccplaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC.,<br><br>Defendants. | CASE NO.: C 06 7621 MHP<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>[Civ. L. R. 6-1(a)] |

Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendants stipulate to extend the time until March 12, 2007 within which Defendants are permitted to answer or otherwise respond to Plaintiffs' Complaint. The parties previously stipulated to extend Defendants' time to respond to February 12, 2007. This stipulation will not alter any deadlines fixed by the Court, and does not apply to Defendant Alon USA, Inc., which has requested leave to file a pending motion to dismiss.

All typed signatures below represent an agreement by Plaintiffs with Defendants to stipulate to, and be bound by, the above extension of time.

IT IS SO STIPULATED

Date: February 1, 2007.                    CARLSON, CALLADINE & PETERSON LLP

                                           By: _____
                                           GUY D. CALLADINE
                                           ROBERT M. PETERSON

                                           Attorneys for Plaintiffs

Date: February 1, 2007.                    ADAMS NYE SINUNI BRUNI BECHT LLP


                                           By: /s/ Steven Alan Beilock
                                           STEVEN ALAN BEILOCK

                                           Attorney for Defendant AMBEST, Inc.

Date: February 1, 2007.                    LITIGTION MANAGEMENT GROUP
                                           CHEVRON PRODUCTS COMPANY


                                           By: /s/ Jeffery L. Podawiltz
                                           JEFFERY L. PODAWILTZ

                                           Attorney for Defendant Chevron USA, INC.

2

Date: February 1, 2007.                    SPECTER & WILLOUGHBY LLP

                                           By: /s/ Michael H. Artinian
                                               MICHAEL H. ARTINIAN

                                           Attorney for Defendant Circle K Corporation

Date: February 1, 2007.                    ZELLE, HOFMANN, VOELBEL, MASON
                                           & GETTE, LLP


                                           By: /s/ Daniel S. Mason
                                               DANIEL S. MASON

                                           Attorney for Defendant ConocoPhillips

Date: February 1, 2007.                    GIBSON, DUNN & CRUTCHER LLP


                                           By: /s/ Frederick Brown
                                               FREDERICK BROWN

                                           Attorney for Defendant Flying J Inc.

Date: February 1, 2007.                    THELEN REID BROWN RAYSMAN
                                           & STEINER, LLP


                                           By: /s/ John R. Foote
                                               JOHN R. FOOTE

                                           Attorney for Defendant Shell Oil Products
                                           Company, LLC


Date: February 1, 2007.                    MANATT, PHELPS & PHILLIPS, LLP


                                           By: /s/ Craig J. de Recat
                                               CRAIG J. DE RECAT

|   |   |
|---|---|
|   | Attorney for Defendant Tesoro Refining and Marketing Company |
| Date: February 1, 2007. | SENIOR LEGAL COUNSEL TRAVELCENTERS OF AMERICA, INC. |
|   | By: /s/ Rusty Hood<br>RUSTY HOOD |
|   | Attorney for Defendant TravelCenters of America, Inc. |
| Date: February 1, 2007. | AKIN, GUMP, STRAUSS, HAUER & FELD, LPP |
|   | By: /s/ Reginald Steer<br>REGINALD STEER |
|   | Attorney for Defendant Valero Marketing and Supply Co. |
| Date: February 1, 2007. | GREENBERG TRAURIG |
|   | By: /s/ Brian L. Duffy<br>BRIAN L. DUFFY |
|   | Attorney for Defendant Walmart Stores, Inc |
| Date: February 1, 2007. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | By: /s/ Terrence A. Callan<br>TERRENCE A. CALLAN |
|   | Attorney for Defendant CITGO Petroleum Corporation |
| Date: February 1, 2007. | ASSOCIATE GENERAL COUNSEL |
|   | By: /s/ John Sullivan<br>JOHN SULLIVAN |

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

|   |   |
|---|---|
|   | Attorney for Defendant Costco Wholesale Corporation |
| Date: February 1, 2007. | SHOOK, HARDY & BACON LLP |
|   | By: /s/ Randall D. Haimovici<br>RANDALL D. HAIMOVICI |
|   | Attorney for Defendants Pilot Travel Centers LLC, Inc. and Petro Shopping Centers, L.P. |
| Date: February 1, 2007. | STEEFEL, LEVITT & WEISS |
|   | By: /s/ Andrew A. Bassak<br>ANDREW A. BASSAK |
|   | Attorney for Defendants 7-Eleven, Inc. and The Kroger Company |
| Dated: 2/2/07 |   |

**IT IS SO ORDERED**

[signature]

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

**PROOF OF SERVICE BY MAIL**
(Code of Civil Procedure §§ 1013a(3) & 2015.5)

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is CARLSON, CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On February 1, 2007, I served the attached:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC. 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon. Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business. Said envelope(s) were addressed as follows:

Robert J. Clary                                      **Counsel for ALON USA, INC.**
Owens, Clary & Aiken, L.L.P.
700 North Pearl Street, Suite 1600
Suite 1600
Dallas, TX  75201
Fax: (214) 698-2121
Email: Rjclary@oca-law.com

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Steven A. Beilock | **Counsel for AMBEST, INC.** |
| 2 | Adams Nye Sinunu Bruni Becht LLP<br>222 Kearny Street, 7th Floor | |
| 3 | San Francisco, CA 94108-4521<br>Fax: (415) 982-2042 | |
| 4 | Email: sbeilock@ansbb.com | |
| 5 | Jeffery L. Podawiltz | **Counsel for CHEVRON USA, INC.** |
| 6 | Litigation Management Group<br>Chevron Products Company -- Law Dept. | |
| 7 | 6101 Bollinger Canyon Road, Room 5366<br>San Ramon, CA 94583 | |
| 8 | Fax: (925) 790-3634<br>Email: jpod@chevron.com | |
| 9 | | |
| 10 | Michael H. Artinian<br>Specter & Willoughby LLP | **Counsel for CIRCLE K CORPORATION** |
| 11 | 4675 MacArthur Court, Suite 1150<br>Newport Beach, CA 92660 | |
| 12 | Fax: (949) 833-9425<br>Email: martinian@specterlaw.com | |
| 13 | | |
| 14 | Terrence A. Callan<br>Pillsbury Winthrop Shaw Pitman LLP | **Counsel for CITGO PETROLEUM CORPORATION** |
| 15 | 50 Fremont Street<br>San Francisco, CA 94105 | |
| 16 | Fax: (415) 983-1200<br>Email: terrence.callan@pillsburylaw.com | |
| 17 | | |
| 18 | Nathan P. Eimer, Esq.<br>Eimer, Stahl, Klevorn & Solberg LLP | **Counsel for CITGO PETROLEUM CORPORATION** |
| 19 | 224 South Michigan Avenue, Suite 1100<br>Chicago, Illinois 60604 | |
| 20 | Fax: (312) 692-1718<br>Email: neimer@eimerstahl.com | |
| 21 | | |
| 22 | Daniel S. Mason | **Counsel for CONOCOPHILLIPS** |
| 23 | Zelle, Hofmann, Voelbel, Mason & Gette LLP | |
| 24 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | |
| 25 | Tel: (415) 633-1910<br>Fax: (415) 693-0770 | |
| 26 | Email: damson@zelle.com | |
| 27 | / / / | |
| 28 | / / / | |

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

2

| | | |
|---|---|---|
| 1 | John Sullivan<br>Associate General Counsel | **Counsel for COSTCO WHOLESALE CORPORATION** |
| 2 | Costco Wholesale Corporation | |
| 3 | 999 Lake Drive<br>Issaquah, WA 98027 | |
| 4 | Fax: (425) 427-3128<br>Email: jsullivan@costco.com | |
| 5 | | |
| 6 | Frederick Brown<br>Gibson, Dunn & Crutcher LLP | **Counsel for FLYING J, INC.** |
| 7 | One Montgomery Street<br>San Francisco, CA 94104 | |
| 8 | Fax: (415) 374-8420<br>Email: FBrown@gibsondunn.com | |
| 9 | | |
| 10 | Randall D. Haimovici<br>Shook, Hardy & Bacon LLP | **Counsel for PETRO STOPPING CENTERS, L.P. and PILOT TRAVEL** |
| 11 | 333 Bush Street, Suite 600<br>San Francisco, CA 94104 | **CENTERS LLC, INC.** |
| 12 | Fax: (415) 391-0281<br>Email: rhaimovici@shb.com | |
| 13 | | |
| 14 | Tristan L. Duncan<br>Shook, Hardy & Beacon L.L.P. | **Counsel for PETRO STOPPING CENTERS, L.P. and PILOT TRAVEL** |
| 15 | 2555 Grand Blvd.<br>Kansas City, Missouri 64108-2613 | **CENTERS LLC, INC.** |
| 16 | Fax: (816) 421-5547<br>Email: tlduncan@shb.com | |
| 17 | | |
| 18 | Andrew A. Bassak<br>Steefel, Levitt & Weiss | **Counsel for 7-ELEVEN, INC. and THE KROGER COMPANY** |
| 19 | One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111 | |
| 20 | Fax: (415) 788-2019<br>Email: ABassak@Steefel.com | |
| 21 | | |
| 22 | Ashley Kisner<br>Strasburger & Price, LLP | **Counsel for 7-ELEVEN, INC. and THE KROGER COMPANY** |
| 23 | 901 Main Street, Suite 4400<br>Dallas, TX 75202 | |
| 24 | Fax: (214) 659-4111<br>Email: Ashley.Kisner@strasburger.com | |
| 25 | | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

3

| | | |
|---|---|---|
| 1 | Frederick C. Nelson, Esq. | **Counsel for SHELL OIL PRODUCTS** |
| 2 | Email: fcnelson@thelen.com<br>John R. Foote, Esq. | **COMPANY LLC** |
| 3 | Email: jrfoote@thelen.com<br>Kathryn McQueen Barnes, Esq. | |
| 4 | Email: kbarnes@thelen.com<br>Thelen Reid Brown Raysman & Steiner | |
| 5 | LLP<br>101 Second Street, Suite 1800 | |
| 6 | San Francisco, CA 94105 | |
| 7 | Fax: (415) 371-1211 | |
| 8 | Craig J. de Recat | **Counsel for TESORO REFINING AND** |
| 9 | Manatt, Phelps & Phillips LLP<br>11355 West Olympic Blvd. | **MARKETING COMPANY** |
| 10 | Los Angeles, CA 90064<br>Fax: (310) 312-4224 | |
| 11 | Email: cderecat@manatt.com | |
| 12 | Rusty Hood | **Counsel for TRAVELCENTERS OF** |
| 13 | TravelCenters of America<br>24601 Center Ridge Road, Suite 200 | **AMERICA, INC.** |
| 14 | Westlake, OH 44145<br>Fax: (440) 808-4310 | |
| 15 | Email: Hood.Rusty@tatravelcenters.com | |
| 16 | Reginald D. Steer | **Counsel for VALERO MARKETING** |
| 17 | Akin Gump Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor | **AND SUPPLY CO.** |
| 18 | San Francisco, CA 94104-1036<br>Fax: (415) 765-9501 | |
| 19 | Email: rsteer@AKINGUMP.com | |
| 20 | Donald B. Craven | **Counsel for VALERO MARKETING** |
| 21 | Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave., N.W. | **AND SUPPLY CO.** |
| 22 | Washington, DC 20036-1564<br>Fax: (202) 887-4288 | |
| 23 | Email: dcraven@akingump.com | |
| 24 | Michael Drury, Esq. | **Counsel for WALMART STORES, INC.** |
| 25 | Greenberg Traurig LLP<br>650 Town Center Drive, Suite 1700 | |
| 26 | Costa Mesa, CA 92626<br>Fax: (949) 252-8801 | |
| 27 | Email: drurym@gtlaw.com | |
| 28 | / / / | |

4

| | |
|---|---|
| Brian L. Duffy<br>Greenberg Traurig<br>1200 17th Street, Suite 2400<br>Denver, CO 80202<br>Fax: (303) 572-6540<br>Email: duffyb@gtlaw.com | **Counsel for WALMART STORES, INC.** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on February 1, 2007.

*/s/ Karen Sheehy*
Karen Sheehy