Robert M. Peterson, CA Bar 100084
Guy D. Calladine, CA Bar 99431
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax:  (415) 391-3898
E-Mail: rpeterson@ccplaw.com
         gcalladine@ccplaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER and PAMELA ALWELL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO-WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC., <br><br> Defendants. | Case No. C 06-07621 MHP <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT ALON USA, INC.** <br><br> IT IS SO ORDERED <br> *[signature]* <br> Judge Marilyn H. Patel <br><br> Date: 2/16/2007 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss all of their claims against Defendant Alon USA, Inc. ("Alon") without prejudice. Plaintiffs and Alon each agree to bear their own costs and attorneys' fees.

Date: February 8, 2007.      CARLSON, CALLADINE & PETERSON LLP

By: _____
GUY D. CALLADINE
CA Bar 100084
ROBERT M. PETERSON
CA Bar 99431
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax:   (415) 391-3898
ATTORNEYS FOR PLAINTIFFS

**AGREED:**

OWENS, CLARY & AIKEN, L.L.P.

By: _____
Robert J. Clary
Texas Bar No. 04325300
700 North Pearl, Suite 1600
Dallas, Texas 75201
Telephone: (214) 698-2100
Facsimile:  (214) 698-2121
E-mail: rjclary@oca-law.com
- and –

Craig J. de Recat
California Bar No. 105567
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail: CdeRecat@manatt.com

ATTORNEYS FOR DEFENDANT
ALON USA, INC.