LATHAM & WATKINS LLP
   Ernest J. Getto (SBN 55662)
   Stephen Stublarec (SBN 69451)
   Darius Ogloza (SBN 176983)
   Brendan A. McShane (SBN 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant Chevron U.S.A. Inc.
[Other Defendants' Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated<br><br>          Plaintiffs,<br><br>   v.<br>ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC.,<br><br>          Defendants. | CASE NO.: 3:06-cv-07621-MHP<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

## STIPULATION

WHEREAS, Plaintiffs filed the above-entitled Complaint on December 13, 2006 in the United States District Court for the Northern District of California;

WHEREAS, the parties have previously stipulated on two occasions to extend the undersigned Defendants' ("Defendants") time to answer or otherwise respond to the Complaint to February 12, 2007 and March 12, 2007, respectively;

WHEREAS, pursuant to the Court's standing order, no motion to dismiss is to be filed without leave of Court prior to the initial Case Management Conference, currently scheduled for April 23, 2007;

WHEREAS, the Defendants have requested, and Plaintiffs have agreed, that the time by which the Defendants must answer or otherwise respond to the Complaint be extended past the currently scheduled April 23, 2007 Case Management Conference;

WHEREAS, the agreed-upon extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, the parties hereby STIPULATE as follows:

Pursuant to Civil Local Rule 6-1(a), Defendants shall receive an extension of time to answer or otherwise respond to the Complaint until **April 25, 2007**.

IT IS SO STIPULATED.

Dated: ~~February~~ March 1, 2007

CARLSON, CALLADINE & PETERSON LLP
Guy D. Calladine, Esq.
Robert M. Peterson, Esq.

By _____
Guy D. Calladine
Attorneys for PLAINTIFFS

////
////

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO
SF\599727.1

1

Stipulation to Extend Defendants' Response Date
to the Complaint Until April 25, 2007
CASE NO.: 3:06-cv-07621-MHP

| | |
|---|---|
| Dated: March 1, 2007 | LATHAM & WATKINS LLP<br>Ernest J. Getto, Esq.<br>Stephen Stublarec, Esq.<br>Darius Ogloza, Esq.<br>Brendan A. McShane, Esq. |
| | By ____/ s /____<br>Brendan A. McShane<br>Attorneys for Defendant<br>CHEVRON U.S.A. INC. |

*Filer's Attestation: Pursuant to General Order No. 45 Section X(B) regarding signatures, Brendan A. McShane hereby attests that concurrence in the filing of this document has been obtained.*

| | |
|---|---|
| Dated: March 1, 2007 | Steven Alan Beilock, Esq.<br>ADAMS NYE SINUNU BRUNI BECHT LLP |
| | By ____/ s /____<br>Attorneys for Defendant<br>AMBEST, INC. |
| Dated: March 1, 2007 | Jennifer L. Brown, Esq.<br>Tristan L. Duncan, Esq.<br>Laura C. Fey, Esq.<br>Dylan L. Murray, Esq.<br>SHOOK, HARDY & BACON L.L.P. |
| | By ____/ s /____<br>Attorneys for Defendant<br>CIRCLE K CORPORATION (CORRECT NAME: CIRCLE K STORES, INC.) |
| Dated: March 1, 2007 | Nathan P. Eimer, Esq.<br>Lisa S. Meyer, Esq.<br>Ameri R. Giannotti, Esq.<br>EIMER STAHL KLEVORN & SOLBERG LLP |
| | Terrence A. Callan<br>PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | By ____/ s /____<br>Attorneys for Defendant<br>CITGO PETROLEUM CORPORATION |

LATHAM&WATKINS™  SF\599727.1
ATTORNEYS AT LAW
SAN FRANCISCO

2

Stipulation to Extend Defendants' Response Date
to the Complaint Until April 25, 2007
CASE NO.: 3:06-cv-07621-MHP

| | | |
|---|---|---|
| 1 | Dated: March 1, 2007 | Daniel S. Mason, Esq. |
| 2 | | Joseph W. Bell, Esq. |
| | | ZELLE, HOFFMAN, VOELBEL, |
| 3 | | MASON & GETTE |
| 4 | | By _____/ s /_____ |
| 5 | | Attorneys for Defendant |
| | | CONOCOPHILLIPS |
| 6 | | |
| 7 | Dated: March 1, 2007 | Frederick Brown, Esq. |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 8 | | |
| 9 | | By _____/ s /_____ |
| | | Attorneys for Defendant |
| 10 | | FLYING J, INC. |
| 11 | | |
| 12 | Dated: March 1, 2007 | Jennifer L. Brown, Esq. |
| 13 | | Tristan L. Duncan, Esq. |
| | | Laura C. Fey, Esq. |
| 14 | | Dylan L. Murray, Esq. |
| | | SHOOK, HARDY & BACON L.L.P. |
| 15 | | |
| 16 | | By _____/ s /_____ |
| | | Attorneys for Defendant |
| 17 | | PETRO STOPPING CENTERS, L.P. |
| 18 | | |
| 19 | Dated: March 1, 2007 | Jennifer L. Brown, Esq. |
| | | Tristan L. Duncan, Esq. |
| 20 | | Laura C. Fey, Esq. |
| | | Dylan L. Murray, Esq. |
| 21 | | SHOOK, HARDY & BACON L.L.P. |
| 22 | | By _____/ s /_____ |
| 23 | | Attorneys for Defendant |
| | | PILOT TRAVEL CENTERS, LLC, INC.. |
| 24 | | |
| 25 | //// | |
| 26 | //// | |
| 27 | //// | |
| 28 | //// | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\599727.1

3

Stipulation to Extend Defendants' Response Date
to the Complaint Until April 25, 2007
CASE NO.: 3:06-cv-07621-MHP

| | | |
|---|---|---|
| 1 | Dated: March 1, 2007 | Kirk F. Sniff, Esq. |
| 2 | | Ashley Kisner, Esq. |
| | | Earsa Jackson, Esq. |
| 3 | | STRASBURGER & PRICE, LLP |
| 4 | | Andrew A. Bassak, Esq. |
| | | Ann M. Heimberger, Esq. |
| 5 | | STEEFEL, LEVITT & WEISS |
| 6 | | By _____/ s /_____ |
| | | Attorneys for Defendant |
| 7 | | 7-ELEVEN, INC. |
| 8 | | |
| 9 | Dated: March 1, 2007 | Fredric C. Nelson, Esq. |
| 10 | | John R. Foote, Esq. |
| | | Kathryn McQueen Barnes, Esq. |
| 11 | | THELEN REID BROWN RAYSMAN & STEINER, LLP |
| 12 | | |
| 13 | | By _____/ s /_____ |
| | | Attorneys for Defendant |
| 14 | | SHELL OIL PRODUCTS COMPANY, LLC |
| 15 | | |
| 16 | Dated: March 1, 2007 | Craig J. de Recat, Esq. |
| 17 | | Robert Begland, Esq. |
| | | MANATT, PHELPS & PHILLIPS, LLP |
| 18 | | |
| 19 | | By _____/ s /_____ |
| | | Attorneys for Defendant |
| 20 | | TESORO REFINING AND MARKETING COMPANY |
| 21 | | |
| 22 | Dated: March 1, 2007 | Kirk F. Sniff, Esq. |
| 23 | | Ashley Kisner, Esq. |
| | | Earsa Jackson, Esq. |
| 24 | | STRASBURGER & PRICE, LLP |
| 25 | | Andrew A. Bassak, Esq. |
| | | Ann M. Heimberger, Esq. |
| 26 | | STEEFEL, LEVITT & WEISS |
| 27 | | By _____/ s /_____ |
| | | Attorneys for Defendant |
| 28 | | THE KROGER CO. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\599727.1

4

Stipulation to Extend Defendants' Response Date
to the Complaint Until April 25, 2007
CASE NO.: 3:06-cv-07621-MHP

| | | |
|---|---|---|
| 1 | Dated: March 1, 2007 | Andrew A. Bassak, Esq. |
| 2 | | Ann M. Heimberger, Esq.<br>STEEFEL, LEVITT & WEISS |
| 3 | | |
| 4 | | By _____/ s /_____<br>Attorneys for Defendant |
| 5 | | TravelCenters of America Holding<br>Company, LLC, successor by conversion to,<br>TravelCenters of America, Inc. |
| 6 | | |
| 7 | Dated: March 1, 2007 | Reginald D. Steer, Esq. |
| 8 | | AKIN GUMP STRAUSS HAUER & FELD,<br>LLP. |
| 9 | | |
| 10 | | By _____/ s /_____<br>Attorneys for Defendant |
| 11 | | VALERO MARKETING<br>AND SUPPLY COMPANY |
| 12 | | |
| 13 | Dated: March 1, 2007 | William J. Taylor, Esq.<br>Joan M. Haratani, Esq. |
| 14 | | Amy M. Spicer, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP |
| 15 | | |
| 16 | | Brian L. Duffy, Esq.<br>Naomi Beer, Esq.<br>GREENBERG TRAURIG LLP |
| 17 | | |
| 18 | | By _____/ s /_____ |
| 19 | | Attorneys for Defendant<br>WAL-MART STORES, INC. |

3/5/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS SF\599727.1
ATTORNEYS AT LAW
SAN FRANCISCO

5

Stipulation to Extend Defendants' Response Date
to the Complaint Until April 25, 2007
CASE NO.: 3:06-cv-07621-MHP

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **March 1, 2007**, I served the following document described as:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

by serving a true copy of the above-described document in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

James P. Tuite
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036

Robert J. Clary
Owens, Clary & Aiken, LLP
700 North Pearl Street, Suite 1600
Dallas, TX 95201

David F. Engstrom
1615 M Street, NW
Washington, DC 20036

David C. Frederick
1615 M Street, NW
Washington, DC 20036

Stephen M. Tillery
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Donald B. Craven
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036

Gregory A. Lofstead
174 East Bay Street
Charleston, SC 29401

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 1, 2007**, at San Francisco, California.

_____
Coleen Byrne