Robert M. Peterson CA Bar 100084
Guy D. Calladine CA Bar 99431
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street
San Francisco, California 94111
Phone: (415) 391-3911
Fax: (415) 391.3898
E-mail: rpeterson@ccplaw.com
gcalladine@ccplaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALON USA, INC., AMBEST, INC., CHEVRON USA, INC., CIRCLE K CORPORATION, CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS, COSTCO WHOLESALE CORPORATION, FLYING J, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, INC., 7-ELEVEN, INC., SHELL OIL PRODUCTS COMPANY LLC, TESORO REFINING AND MARKETING COMPANY, THE KROGER COMPANY, TRAVELCENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY AND WAL-MART STORES, INC., <br><br> Defendants. | CASE NO.: C 06 7621 <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONOCOPHILLIPS <br><br> [Fed. Rules Civ. Proc., Rule 41] |

Notice is provided pursuant to and consistent with Federal Rules of Civil Procedure, Rule 41(a)(1) that Plaintiffs, MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated, by and through their counsel undersigned hereby, voluntarily dismiss *without prejudice*, their causes of action against Defendant CONOCOPHILLIPS.

Dated: March 4, 2007

CARLSON, CALLADINE & PETERSON LLP

By: _____
GUY D. CALLADINE
ROBERT M. PETERSON

Attorneys for Plaintiffs

3/5/2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Notice is provided pursuant to and consistent with Federal Rules of Civil Procedure, Rule 41(a)(1) that Plaintiffs, MARK RUSHING, JOHN TELLES, KENNETH BECKER, WILLIAM YOUNGER, CHARLES PARRISH, LESLEY DUKE, ROY EDSON, JOHN TAYLOR, RICHARD GALAUSKI, NATHAN BUTLER, and PAMELA ALWELL, individually and on behalf of others similarly situated, by and through their counsel undersigned hereby, voluntarily dismiss *without prejudice*, their causes of action against Defendant CONOCOPHILLIPS.

Dated: March 4, 2007

CARLSON, CALLADINE & PETERSON LLP

By: _____
GUY D. CALLADINE
ROBERT M. PETERSON

Attorneys for Plaintiffs

3/5/2007



IT IS SO ORDERED
Judge Marilyn H. Patel