UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSHING, et. al., | CASE NO. C-06-7621-PJH |
| Plaintiffs, | [Assigned to the Honorable Phyllis J. Hamilton] |
| vs. | [~~PROPOSED~~] ORDER GRANTING DEFENDANT PETRO STOPPING CENTERS, LP'S AGREED REQUEST FOR SUBSTITUTION OF COUNSEL |
| ALON USA, INC., et. al., | |
| Defendants. | |

Pursuant to General Order 45, it is hereby ordered that Kemp Smith LLP be substituted for Shook, Hardy & Bacon as counsel of record for Defendant Petro Stopping Centers, LP ("Petro") in this matter.

Dated: __4/13/07__

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton