UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK RUSHING, et al.,

      Plaintiff(s),

    v.

ALON USA INC., et al.,

      Defendant(s).
_____/

No. C 06-7621 PJH

**JUDGMENT**

    The transferee court in In re: Motor Fuels Temperature Sales Practices Litigation, MDL 1840, Case No. 07-MD-1840-KHV (D. Kan) having granted summary judgment in favor of defendants Circle K. Stores, Flying J. Inc., Pilot Travel centers LLC, Petro Shopping Centers, LP, and TravelCenters of America LLC on plaintiffs' California-law claims and having suggested that these claims be remanded to the transferee court for entry of final judgment pursuant to Fed. R. Civ P. 54(b),

    and in view of the parties' request and stipulation for entry of judgment,

    it is Ordered and Adjudged

    that final judgment is entered in favor of defendants on these claims.

    IT IS SO ORDERED.

Dated: February 11, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge