**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK RUSHING, et al.,

    Plaintiffs,

  v.

ALON USA INC., et al.,

    Defendants.

_____

No. C 06-7621 PJH

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

LESLEY DUKE,

    Plaintiff,

  v.

FLYING J INC.,

    Defendant.

_____

No. C 15-2564 PJH

LESLEY DUKE,

    Plaintiff,

  v.

PILOT TRAVEL CENTERS, LLC,

    Defendant.

_____

No. C 15-2566 PJH

LESLEY DUKE,

    Plaintiff,

  v.

PETRO STOPPING CENTERS LP, et al.,

    Defendants.

_____/

No. C 15-2567 PJH

Counsel for plaintiff Lesley Duke having filed a motion on October 4, 2013, in the District of Kansas, seeking leave to withdraw as counsel pursuant to Kansas Rule of Professional Conduct 1.16(b) (similar to California Rule of Professional Conduct 3-700) and District of Kansas Local Rule 83.6.1; and the above-entitled actions having been remanded to this District; and counsel having established a basis to withdraw under two grounds cognizable under the California rules; and counsel having provided proof that plaintiff received notice of the motion to withdraw; and plaintiff having made no objection during the nearly two years that the motion has been pending; and further proof having been provided in court of notice to plaintiff by letters dated June 23 and July 14, 2015 that the court would be requested to rule on the motion at the case management conference on July 16, 2015; and plaintiff having made no contact with the court, the court hereby GRANTS the motion to withdraw as counsel.

Counsel shall serve a copy of this order on plaintiff Lesley Duke, and shall file a proof of service with the court.  No later than September 9, 2015, plaintiff Lesley Duke shall file a notice of substitution of new counsel, or substitution of himself in pro per.  The court will set a further case management conference by separate order.

**IT IS SO ORDERED.**

Dated:  July 17, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge