United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK RUSHING, et al.,

    Plaintiffs,    No. C 06-7621 PJH

  v.

ALON USA INC., et al.,  **ORDER SETTING CASE MANAGEMENT CONFERENCE**

    Defendants.

_____

LESLEY DUKE,

    Plaintiff,    No. C 15-2564 PJH

  v.

FLYING J INC.,

    Defendant.

_____

LESLEY DUKE,

    Plaintiff,    No. C 15-2566 PJH

  v.

PILOT TRAVEL CENTERS, LLC,

    Defendant.

_____

LESLEY DUKE,

    Plaintiff,    No. C 15-2567 PJH

  v.

PETRO STOPPING CENTERS LP, et al.,

    Defendants.
_____/

The court will conduct a further case management conference in the above-entitled actions on Thursday, September 10, 2015, at 2:00 p.m., in Courtroom 3 of the Federal Building, 1301 Clay Street, Oakland, California.

Plaintiff Lesley Duke must appear in person or through substitute counsel. If plaintiff fails to appear, he will be subject to imposition of sanctions, including dismissal for failure to prosecute.

Counsel shall serve a copy of this order on plaintiff, and shall file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge