UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK RUSHING, et al.,

    Plaintiffs,       No. C 06-7621 PJH

  v.

                         **ORDER**

ALON USA INC., et al.,

    Defendants.
_____

LESLEY DUKE,

    Plaintiff,      No. C 15-2564 PJH

  v.

FLYING J INC.,

    Defendant.
_____

LESLEY DUKE,

    Plaintiff,      No. C 15-2566 PJH

  v.

PILOT TRAVEL CENTERS, LLC,

    Defendant.
_____

LESLEY DUKE,

    Plaintiff,      No. C 15-2567 PJH

  v.

PETRO STOPPING CENTERS LP, et al.,

    Defendants.
_____/

On July 17, 2015, the court issued an order setting a case management conference in the above-entitled related actions. The order stated that "[p]laintiff Lesley Duke must appear in person or through substitute counsel[,]" and that if plaintiff failed to appear, he would be "subject to imposition of sanctions, including dismissal for failure to prosecute." On September 3, 2015, the clerk issued a notice continuing the case management conference to November 19, 2015.

On November 2, 2015, plaintiff filed letters in three of the above-entitled actions, in which he states that "[p]ertaining to a joint case management conference to be held on November 19, 2015," he intends to "ask for a phone conference" with one of the attorneys representing the defendants in case Nos. 15-2564 and 15-2566, "for a possible settlement offer . . . ."

To the extent plaintiff is requesting leave to appear at the case management conference telephonically, the request is DENIED. The July 17, 2015 directive remains in effect, and the parties' joint case management conference statement is due on November 12, 2015 as indicated in the September 3, 2015 clerk's notice.

To the extent that plaintiff is requesting some other form of relief, the request is unclear and the court is unable to respond.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

2